STATE OF NEW JERSEY v. LOUIS ESA.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JACKSON JOHNSON.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH C. PLUMMER.

July 2, 1982.

Petition for certification denied.

WAYNE ASSOCIATES v. MOGUL BOUTIQUE, INC.

July 2, 1982.

Petition for certification denied.